No. 79–1967. IMPERIAL DISTRIBUTORS, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 79–2056. MILLER *v.* TEXAS STATE BOARD OF BARBER EXAMINERS. C. A. 5th Cir. Certiorari denied. JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.